

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-14-00359-CV

| | | |
|---|---|---|
| Eunice Wells | § | From County Court at Law No. 2 |
| | § | of Parker County (CIV-13-0258) |
| v. | § | April 23, 2015 |
| | § | Opinion by Justice Dauphinot |
| Target Corporation | § | Dissent by Justice Gabriel |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. It is ordered that the judgment of the trial court is reversed and the case is remanded to the trial court for further proceedings.

It is further ordered that Appellee Target Corporation shall pay all of the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By _/s/ Lee Ann Dauphinot_____
Justice Lee Ann Dauphinot